# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1528
_____

LAURIS MACS,

    Appellant,

    v.

STAR INTERCOM CORP. d/b/a
ATLANTIC PRO,

    Appellee.

_____


On appeal from an order of the Office of the Judges of
Compensation Claims.
Daniel A. Lewis, Judge.

Date of Accident: November 19, 2020.


                    November 15, 2023


PER CURIAM.

    AFFIRMED.

ROBERTS, KELSEY, and LONG, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Michael Gulisano of Gulisano Law, PLLC, Boca Raton, and Vladimir Tsirkin of Vladimir Tsirkin & Associates, P.A., Hallandale Beach, for Appellant.

Shawn B. McKamey of Billing, Cochran, Lyles, Mauro & Ramsey, P.A., Fort Lauderdale, and Donna M. Krusbe of Billing, Cochran, Lyles, Mauro & Ramsey, P.A., Palm Beach Gardens, for Appellee.